UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JOSEPH LATHAM,<br><br>    Plaintiff,<br><br>v.<br><br>DIRECT AUTO, et al.,<br><br>    Defendants. | Case No. 2:25-CV-158-GSL-AZ |

## ORDER

This matter is before the Court on Magistrate Judge Abizer Zanzi's report and recommendation entered on October 29, 2025. [DE 25]. For the reasons fully explained in the report, Judge Zanzi recommends that the Court (1) grant Defendants Patrick Ruberry and Litchfield Cavo LLP's Motion to Dismiss [DE 11], (2) grant Defendant Direct Auto Insurance's Motion to Dismiss [DE 13], and (3) dismiss this lawsuit without prejudice for lack of subject matter jurisdiction.

Over fourteen days have passed without any objections being filed, so the Court reviews the report and recommendation for clear error. *See* Fed. R. Civ. P. 72(b)(2); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) ("If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." (citations omitted)). The Court has reviewed the report and recommendation and finds no clear error.

Accordingly, the Court **ADOPTS** Judge Zanzi's report and recommendation in full and orders that Defendants' motions be **GRANTED**. This case is therefore **DISMISSED** without prejudice.

SO ORDERED.

ENTERED: November 13, 2025

                                                     /s/ GRETCHEN S. LUND  
                                                     Judge  
                                                     United States District Court